441 A.2d 448

Commonwealth v. Jones, Appellant.

 Submitted March 3, 1981. Charles A. Cunningham, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

BROSKY, J., concurred in the result.